Argued and submitted March 22, ballot title certified April 6, 2000

Bill SIZEMORE,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent,*

*and*

Kenneth LEWIS
and Beverly Stein,
*Intervenors.*

(SC S47165)

998 P2d 214

Gregory W. Byrne, Portland, argued the cause and filed the petition for petitioner.

Kaye E. McDonald, Assistant Attorney General, Salem, argued the cause and filed the answering memorandum for respondent. With her on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Steven Novick, Portland, argued the cause and filed a memorandum for intervenors.

PER CURIAM

## PER CURIAM

This is a ballot title review proceeding brought under ORS 250.085(2). Petitioner is an elector who timely submitted written comments concerning the content of the draft ballot title submitted to the Secretary of State and who therefore is entitled to seek review of the ballot title certified by the Attorney General. *See id.* (setting that requirement).

We have considered petitioner's argument concerning the ballot title certified by the Attorney General. We conclude that petitioner has not shown that the Attorney General's certified ballot title fails to comply substantially with the standards for such ballot titles set out in ORS 250.035(2)(a) to (d) (1997).[1] *See* ORS 250.085(5) (setting out standard of review). Accordingly, we certify to the Secretary of State the following ballot title:

AMENDS CONSTITUTION: RESTRICTS CERTAIN
"INCOME-TAX BREAKS" (DEFINED) BENEFITING
HIGHEST-INCOME TAXPAYERS

RESULT OF "YES" VOTE: "Yes" vote restricts certain "income-tax breaks" (defined) estimated to benefit taxpayers with highest incomes.

RESULT OF "NO" VOTE: "No" vote leaves constitution without restriction on "income-tax breaks" benefiting taxpayers with highest incomes.

SUMMARY: Amends constitution. Measure prohibits new "income tax breaks" estimated to benefit taxpayers with incomes exceeding those of 99 percent of Oregon taxpayers unless, for all taxpayers, break computed as fixed equal-dollar amount per taxpayer or dependent, or as fixed

---

[1] The 1999 Legislature amended ORS 250.035(2) in several respects. Or Laws 1999, ch 793, § 1. However, section 3 of that 1999 enactment provides, in part:

"(1) The amendments to ORS 250.035 by section 1 of this 1999 Act do not apply to any ballot title prepared for:

"(a) Any initiative petition that, if filed with the Secretary of State with the required number of signatures of qualified electors, will be submitted to the people of the general election held on the first Tuesday after the first Monday in November 2000 * * *."

The present measure is one to which the 1999 act does not apply. We therefore apply the pertinent provisions of ORS 250.035 (1997).

equal-dollar amount that changes based on taxpayer's filing status. Defines "income tax break" as deduction, exclusion, exemption or subtraction from income, preferential rate, tax credit. Defines "income." Exceptions include: home mortgage interest, charitable contributions, fixed-amount breaks limited by income tax liability. Authorizes legislation.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).